IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1309-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Franklin Richardson; Rogers; and McBride, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1416-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Chad Binkley; Unknown Officers, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1417-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Randall Fowler, Jr; Lasley; Williams; DeGeorgis; Wantonta Golden; Jeff Bilyeu; R. Blackburn; Kenneth Myers; James Jennings; Nathan Rice, | ) | |
| Defendants. | ) | |
| | ) | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1418-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Aull; Beckett, Jr.; T. Esterline; and James Parrish, | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

This matter is before the court on Plaintiff's third motion for extension of time to file objections to the Report and Recommendation (ECF No. 114) recommending Plaintiff's motion for preliminary injunction be denied. ECF No. 138. Plaintiff requests a third fourteen to twenty-one day extension in which to file his objections.[1]

Plaintiff's motion for extension is granted, and he shall have until March 15, 2019 to file his objections to the Report. Plaintiff is hereby given notice the court cannot hold this motion and case open indefinitely, and will be unable to grant further extensions beyond March 15, 2019.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
February 12, 2019

---

[1] Plaintiff has also filed requests for extensions in his other cases. See Case No. 18-1416, ECF No. 74; Case No. 18-1417, ECF No. 117; and Case No. 18-1418, ECF No. 83. These motions are granted by this Order and deadlines to file objections extended to March 15, 2019, as well.