IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1309-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Franklin Richardson; Rogers; and McBride, | ) | |
| | ) | |
| Defendants. | **)** | |
| | **)** | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1416-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Chad Binkley; Unknown Officers, | ) | |
| | ) | |
| Defendants. | **)** | |
| | **)** | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1417-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Randall Fowler, Jr; Lasley; Williams; DeGeorgis; Wantonta Golden; Jeff Bilyeu; R. Blackburn; Kenneth Myers; James Jennings; Nathan Rice, | ) | |
| Defendants. | **)** | |
| | **)** | |
| Robert Louis Garrett, Jr., | ) | Case No. 0:18-cv-1418-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Aull; Beckett, Jr.; T. Esterline; and James Parrish, | ) | |
| | ) | |
| Defendants. | **)** | |
| | **)** | |

**Order**

This matter is before the court on Plaintiff's motion for extension of time to file motions to join parties, and motions to amend or supplement his complaints. ECF No. 215.[1] Plaintiff has filed appeals of previous Orders, which are currently pending in the Fourth Circuit Court of Appeals.[2] He has also filed motions to stay all four of his cases while his appeals are pending. *Id.* Further, he alleges the Law Library Directors are not making his copies or providing legal books to him. *Id.* at 1-2. He requests a 21 to 30-day extension in which to "fix his Complaints." *Id.* at 2.

Plaintiff's motion for extension is granted, and he shall have until August 10, 2019 to file motions as contemplated in the Court's Orders entered in the four cases on either May 22 or 23, 2019. Plaintiff is hereby given notice the court cannot hold this motion and case open indefinitely, and will be unable to grant further extensions for this deadline.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
July 10, 2019

---

[1] Plaintiff has also filed requests for extensions in his other cases. See Case No. 18-1416, ECF No. 139; Case No. 18-1417, ECF No. 197; and Case No. 18-1418, ECF No. 150. These motions are granted by this Order and deadlines to file objections extended to August 10, 2019, as well.

[2] These appeals are unrelated to the issue addressed in this Order: the amendment or supplement of Plaintiff's Complaints.